Filed: June 7, 2013

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

SUPPLEMENTAL BRIEFING ORDER

_____

No. 12-4434,   US v. Megan Mosteller
              4:11-cr-00270-TLW-1

The court directs supplemental briefing as follows:

Supplemental opening brief due: 06/28/2013

Supplemental response brief due : 07/15/2013

Supplemental reply brief permitted by: 7/25/2013

/s/ PATRICIA S. CONNOR, CLERK
By: Richard H. Sewell, Deputy Clerk